UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

MICHAEL MAUNEY,
        Plaintiff,

        v.                              CIVIL ACTION NO.
                                        14-12823-DPW
UMASS CORRECTIONAL HEALTH CARE, et al,
        Defendants.

                         MEMORANDUM AND ORDER

    Plaintiff originally filed a joint compliant that was part of a multi-plaintiff civil rights action.  See Stote, et al. v. UMass Correctional Health Care, et al., C.A. No. 13-10267-NMG (the "2013 action").  The 2013 action was initiated by MCI Norfolk inmate John E. Stote concerning alleged inadequate medical care at MCI Norfolk.  On June 25, 2014, the judge assigned to the 2013 action severed the individual prisoner claims into separate cases.  See No. 13-10267-NMG, 06/25/2014 Memorandum and Order (the "June Order), Docket #20.

    The June Order directed each plaintiff who wished to prosecute his own claims to pay the $400 fling fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs within sixty days and that failure to pay the fee or seek leave to proceed without prepayment of the fee may result in dismissal of the individual action without prejudice.  Id.

    Pursuant to the directives of the June Order, the Clerk opened a new case for plaintiff.  See Docket.  The Order was mailed to Mauney on June 30, 2014.  Id.

    Plaintiff has not responded to the Court's order and the

time to do so has expired.  The documents sent to him were not returned to the Court as undeliverable and a search of the on-line Victim Information & Notification Everyday (VineLink) homepage reveals that he is still incarcerated at MCI Norfolk. See VineLink Offender Locator, http://www.vinelink.com (last visited Oct. 5, 2014).

                              ORDER

Based upon the foregoing, it is hereby ORDERED that the within action be and it is hereby DISMISSED without prejudice and without assessment of the filing fee.

SO ORDERED.


October 6, 2014                       /s/ Douglas P. Woodlock
DATE                                  DOUGLAS P. WOODLOCK
                                      UNITED STATES DISTRICT JUDGE